CECELIA L. SLATER, Individually and as Executrix of JOHN SLATER, Deceased, Respondent, v. JOHN J. SLATER, Appellant, Impleaded with Another.

*Slater* v. *Slater*, 114 App. Div. 160, affirmed.
(Argued May 7, 1907; decided May 21, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 29, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to cancel an agreement on the ground of alleged duress.

*John A. Garver* for appellant.

*Edward W. Hatch* and *John L. Lindsay* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent, CULLEN, Ch. J.